UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHRISTI STOVER,

    Plaintiff,

v.                                             Case No:  2:12-cv-492-FtM-38UAM

FAWCETT MEMORIAL HOSPITAL,
INC., a Florida corporation,
CHARLOTTE CARDIOVASCULAR
INSTITUTE, P.A., a Florida professional
association, and DR. CESAR YEPES,
an individual,

    Defendants.

## ORDER

This matter comes before the Court on the parties' Joint Motion for Case Management Conference (Doc. # 37), filed on June 21, 2013. The parties request that the Court conduct a hearing to discuss whether the above captioned case should be consolidated with <u>Gibbs v. Fawcett Memorial et al.</u>, 2:12-cv-493-38UAM, and <u>Jackson v. Fawcett Memorial et al.</u>, Case No. 2:12-cv-484-38DNF.

Accordingly, it is hereby

**ORDERED:**

(1) The parties' Joint Motion for Case Management Conference (Doc. # 37) is **GRANTED**.

(2) A hearing is scheduled before Judge Sheri Polster Chappell on **July 17, 2013, at 9:30 a.m.**, in Courtroom 5D, Fifth Floor, of the United States Courthouse, 2110 First Street, Fort Myers, Florida 33913.

(3) The Clerk of Court is directed to issue a separate notice of hearing.

**DONE** and **ORDERED** in Fort Myers, Florida this 28th day of June, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record